Next matter, number 198010, in Re, Harold Haley Burbank, II. Good morning, may it please the Court. My name is Harold Burbank, I live in Canton, Connecticut. I'm here in response to a complaint issued by this Court that I have been found in violation of ethical standards of practice in the State of Maine and was sanctioned with a one-year suspension, which ran last January 19. So currently the suspension is not running. Have you applied for reinstatement in Maine? I have not, Your Honor, and the reasons are, first as a preliminary matter, I'd like to bring up the Court when it ordered me, subject to a hearing today, said that it would provide me with a copy of Maine's judgment to which I could respond with my answer. I did receive a certified notice from this Court that Maine had issued a complaint or registered some notice of its decision with this Court, but I did not receive a copy of Maine's judgment, which the order specifically stated, which was certified to me, that I was entitled to. Therefore, I believe I've been deprived of my right of Fifth Amendment due process to be on notice of what this Court is basing its complaint upon. I do not have possession of a copy of this judgment from this Court stating Maine's complaint or judgment in this matter, and regular mail was sent to me of this as well. Do you have a copy of Maine's judgment from Maine? I don't have one with me, Your Honor. I have one in my possession. I don't mean with you. Yes, Your Honor. In fact, you had it even before you got the notice from this Court. I did, Your Honor, but I still believe that, you know, according to the Court's own order, I'm entitled to a copy of the certified judgment from this Court. I'm sorry, if you have a copy of it, not necessarily here, but if you received a copy of it, how are you prejudiced by that? Well, I'm probably not, but I believe I have a due process right to receive the form. How are you prejudiced? I have the right to be certain of what the Court received and what I have on this same document. And I can't state, as a matter of fact today, that I am certain of that. I don't assume the Court tried to say that they didn't have a copy of the Maine judgment. This Court probably does have a copy of it. But according to the Court's order, I was entitled to a copy certified from this Court. So I can't be certain that what you have is the same as what I have. Have you looked in the Court's file? I have not, Your Honor. I live in Canton, Connecticut. That's two hours plus from here, so it's difficult for me to get in here. In fact, I got up at 4 o'clock in the morning to come in here today. And you didn't take a peek today? I did not, Your Honor. Do you want to say anything else? Well, secondarily, yes. I think I appear here today as a citizen and not as an attorney. I think the Maine Court's finding that I appeared there as an attorney, but I had hired an attorney who filed the appeal and then was granted a motion to withdraw after I paid $3,000 to the attorney to represent me in Maine. Her motion to withdraw, I agreed to it, but it was granted without a hearing. And if you read the Maine Rules on Withdrawal, I could complain that I was entitled to a hearing there in the footnotes. In particular, the withdrawal rule states that the preferred method of permitting withdrawal is with a hearing, and there was no hearing. The attorney was permitted to withdraw. I was not denied the right to represent myself, but my position before that court and before the Maine discipline process was that the fact that I was a member of the Maine Bar, my purpose in representation of myself in a personal real estate matter involving no other party on appeal but myself, I was entitled to go forward in this manner as a citizen of Connecticut at the time, not a citizen of Maine. I was gifted personal real estate in the state of Maine by my grandmother, and that was the subject of the underlying trial. But I proceeded in Maine as a pro se litigant and not as an attorney, at least in my own mind. The court, after it made its judgments about the real estate arguments that I made on appeal, then added a complaint that I had violated certain attorney standards and held me to attorney standards, though it knew. For example, after I had filed my appeal brief in this case, this record will show because I've submitted these documents to you, I suffered a fairly significant stroke. I was diagnosed by the University of Connecticut neurology staff medical school that I had suffered a stroke, and I proceeded regardless because I didn't want to delay proceedings in Maine. And even though the court was aware of this because I filed a motion for reconsideration after Joseph gets me on appeal, I notified him at that point that the stroke was applicable to any pleadings and any arguments made after the filing of the brief, which was January 2016, if memory serves. So any responses I made to pleadings after, and I didn't make two reply briefs because there are two separate underlying plaintiffs in this case. The trial involved two parties, one regarding real estate matters and the real estate that I owned with others, and another by relatives who co-owned this real estate with me for partition of that real estate. So there are two sets of attorneys, two separate complaints, and two causes of actions and theories that applied in the underlying trial. The trial court merged those two cases in the interest of judicial economy. Mr. Burbank, we don't have appellate jurisdiction over the New Hampshire proceeding. The only issue before us is whether there's reason for us, or if you can meet your burden to show why we should not impose reciprocal discipline. That's all we hear. Yes, that's true. Which is why I started by asking you, have you applied for reinstatement in New Hampshire? Because maybe by now they will readmit. Well, first of all, this is a main case, Your Honor. I'm sorry, main. Yes, and then second, I have not. In fact, before we went to judgment in the discipline aspect of the case, the prosecutor met me outside and said, you know, I'm willing to suspend your suspension. We want a judgment of suspension, but we want to suspend it. I'm willing to make an offer of suspended suspension on the very day the judge might have entered a judgment in the discipline case. One of the reasons the main court held against you was because you were continuing to cite evidence that wasn't in the record of the case. Yes, Your Honor, but it doesn't say what evidence that is. I think that evidence is in the record. It may not have been admitted into evidence, but I submitted a lengthy list of documents and pamphlets from the main Department of Environmental Protection. How about the conversation you just told us about? What's that? The conversation that you had with the Bar Counsel. Well, that didn't happen until the discipline aspect of the case, Your Honor. Yes, and is that in the record? I don't believe so. I didn't bring it up, and I don't believe the Bar Counsel did either. Right. So do you understand you need to stick to what's in the record? Oh, yes, Your Honor, absolutely. One of my points in the answer that I did make, despite not getting a certified copy of the main judgment from this court, is that the main court doesn't cite the record itself. It says I added facts that were not in the record, but it doesn't put me on notice as to what those facts are so I can address them in any meaningful way. Are you practicing in Connecticut? I'm not, Your Honor. Do you intend to practice in Maine again? Well, I was born and raised in Maine, Your Honor, and the only reason I held a license there for 23 years without any issues was occasionally I would go up and do some pro bono work for some friends on some political cases I was interested in and that kind of thing. I don't think that was my question. My question was do you intend to practice there again? Not at this time is my answer. Do you intend to appear before this court? Well, I don't intend to appear today. I would like to continue to appear because I believe I have the right. The main court didn't deal with my First Amendment impingement issues whatsoever, and no court has up until today. I'm hoping this court will consider them for the first time. Nobody has considered what First Amendment impingements were placed upon me as a citizen after having an attorney who was allowed to withdraw in the state of Maine. There's been no evidence of those issues. I tried to address them very thoroughly in my answer, and I believe that Justice Kennedy in Gentile v. State Bar of Nevada is pretty clear that if there are any implications of First Amendment issues, the courts have to be extraordinarily sensitive to any impingements on the First Amendment rights, whether people appear in front of our attorneys or not. Attorneys certainly have the same First Amendment rights. Thank you. Thank you, Your Honor. All rise.